IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIE R. CLENTION**                                                **PLAINTIFF**

**V.**                                          **NO. 4:22-CV-44-DMB-DAS**

**GLOBAL INDUSTRIES, INC., et al.**                         **DEFENDANTS**

**ORDER**

On December 8, 2022, Willie R. Clention; Tulip Farms, Inc.; and Tensas River Farms III, LLC, filed a joint motion requesting the Court to (1) approve a settlement of Clention's claims against Tulip Farms and Tensas, and (2) dismiss Tulip Farms and Tensas from this case. Doc. #30. They represent that Tulip Farms and Tensas "have agreed to pay [Clention] to settle all claims against [them];" Bridgefield Casualty Insurance Company, the "worker's compensation carrier for … Clention's employer," "has agreed to waive its right of recovery against said settlement proceeds;"[1] and because "[a]t the time of the accident, … Clention was employed by Satterfield Farms, Inc., and subject to the Mississippi Worker's Compensation Act," "*Miss. Code Ann. § 71-3-71* requires any settlement to be approved by this Court." *Id.* at PageID 858, 859.

Based on the parties' representations of the settlement and its terms,[2] the joint motion [30] is **GRANTED**. The settlement among Clention, Tulip Farms, and Tensas is **APPROVED**. Tulip Farms and Tensas are **DISMISSED with prejudice**.

**SO ORDERED**, this 21st day of December, 2022.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] The motion is signed as "Agreed to" by Bridgefield's counsel. Doc. #30 at PageID 859.

[2] The details of the settlement—under which Tulip Farms and Tensas agree to pay Clention a set sum to secure a release—were provided to the Court by e-mail to chambers. No opposition to the joint motion was filed.